UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | EDCV 12-391 PSG (SPx) | Date | May 20, 2014 |
|---|---|---|---|
| Title | Mimielle Goulatte v. CitiMortgage, Inc., *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):                Attorneys Present for Defendant(s):

Not Present                                Not Present

**Proceedings:   (In Chambers) Order to Show Cause re: Lack of Prosecution**

The Court notes that the Clerk entered a default against Defendant Trust One Mortgage Corporation ("Trust One") on March 27, 2013. Dkt. # 83. However, Plaintiff has not moved for a default judgment against Trust One. Trust One is the only remaining defendant in this case. Plaintiff is ordered to show cause in writing no later than **June 10, 2014** why this case should not be dismissed for lack of prosecution.

The Court will vacate this Order if Plaintiff moves for a default judgment against Trust One.

Failure to respond to this Order to Show Cause by **June 10, 2014** may result in the **dismissal** of this action.

**IT IS SO ORDERED.**