UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6(lc)

CIVIL MINUTES - GENERAL

| Case No. | EDCV 12-391 PSG (SPx) | Date | June 11, 2014 |
|---|---|---|---|
| Title | Mimielle Goulatte v. CitiMortgage, Inc., *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings:** **(In Chambers) Order DISMISSING Claims Against Defendant Trust One Mortgage Corporation**

    The Clerk entered a default against Defendant Trust One Mortgage Corporation ("Trust One") over a year ago, on March 27, 2013. Dkt. # 83. Plaintiff has not moved for a default judgment against Trust One. As a result, on May 20, 2014, the Court ordered Plaintiff to show cause in writing no later than June 10, 2014 why her claims against Trust One should not be dismissed for lack of prosecution. Dkt. # 214. The Court specifically warned Plaintiff that if she did not file a timely response, the Court might dismiss her claims. *Id.*

    Plaintiff has not responded to the Order to Show Cause. Accordingly, Plaintiff's claims against Trust One are DISMISSED for lack of prosecution.

    **IT IS SO ORDERED.**