E-FILED: 06-20-2014

Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMIELLE GOULATTE,<br><br>    Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a corporation of unknown origin; and CR TITLE SERVICES INC., a corporation of unknown origin and ALFREDO ALVAREZ RAMIREZ,<br><br>    Defendants. | Case No. 5:12-cv-00391-PSG (SPx)<br><br>[PROPOSED] **JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANT, CITIMORTGAGE, INC.** |

**TO ALL PARTIES AND TO THEIR ATTORNEY'S OF RECORD:**

    **PLEASE TAKE NOTICE THAT** this Court, having granted Defendant CITIMORTGAGE, INC.'S Motion for Summary Judgment on June 5, 2014, now rules as follows:

**IT IS HEREBY ADJUDGED AND DECREED THAT**

    Plaintiff MIMIELLE GOULATTE'S third claim for violation of RESPA and seventh claim for violation of California <u>Business and Professions Code</u> § 17200 against Defendant CITIMORTGAGE, INC. are hereby dismissed on the merits with

1 | prejudice;

2 | **IT IS FURTHER HEREBY ORDERED**

3 | Defendant, CITIMORTGAGE, INC. shall recover its costs as against Plaintiff
4 | MIMIELLE GOULATTE.

5 |

6 | **IT IS SO ORDERED.**

7 |

8 | DATED: June 20, 2014     ___PHILIP S. GUTIERREZ___
9 |                          Honorable Philip S. Gutierrez
                             United States District Court Judge